UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL LAMER, | ) | CASE NO. 5:03-1526 |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) | |
| METALDYNE COMPANY, LLC ET AL | ) | ORDER |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

In light of Defendants' Motion for Rehearing *En Banc* presently pending before the Sixth Circuit Court of Appeals, the in-person settlement conference set for September 13, 2007, is cancelled. Counsel shall confer and submit to the Court, via letter, agreed upon, proposed trial dates.

IT IS SO ORDERED.

9/13/07
Date

CHRISTOPHER A. BOYKO
United States District Judge

FILED
SEP 13 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND