UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL LAMER | ) | CASE NO. 03-1526 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| METALDYNE COMPANY LLC | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Court has been advised the action has settled. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, without prejudice, each party to bear its own costs, subject to Bankruptcy Court approval. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties. Upon Bankruptcy Court approval, the parties shall file entry of dismissal with prejudice.

IT IS SO ORDERED.

3/18/08
Date

CHRISTOPHER A. BOYKO
United States District Judge

FILED
MAR 18 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND